IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20246
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ISIDRO FLORES-BAUTISTA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-438-01
- - - - - - - - - -

December 16, 1999

Before JOLLY, HIGGINBOTHAM, and BARKSDALE, Circuit Judges.

PER CURIAM:*

       The Federal Public Defender appointed to represent Isidro
Flores-Bautista (Flores) has moved for leave to withdraw and has
filed a brief as required by Anders v. California, 386 U.S. 738
(1967).  Counsel argues that Flores's guilty-plea hearing
complied with Fed. R. Crim. P. 11 and that Flores received a
legal sentence within the applicable guidelines range.  Flores
has filed a response in which he asserts that:  1) the district
court erred by denying his motion for a downward departure from

_____

       * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

the recommended sentencing guidelines range; 2) provisions of the Speedy Trial Act and of internal Immigration and Naturalization Service guidelines were violated ; and 3) he received ineffective assistance of counsel.  Our independent review of counsel's Anders brief, the record, and Flores's response discloses no nonfrivolous issue.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.